# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 05 C 4120 and 05 C 5164 | **DATE** | 2/08/2011 |
| **CASE TITLE** | Trading Technologies International, Inc. vs. GL Consultants, Inc. et al and Trading Technologies International, Inc. vs. FuturePath Trading LLC | | |

**DOCKET ENTRY TEXT**

WRITTEN Opinion entered by the Honorable Sidney I. Schenkier on 2/8/11: Motion and status hearing held. For the reasons stated on the record, and as summarized below, (1) plaintiff's motion to compel (05 C 4120: doc. # 377 ) is granted in part and denied in part; and (2) defendants' motion to compel (05 C 4120: doc. # 383) is granted in part and denied in part. The matter is set for a status hearing before the magistrate judge on 03/10/11 at 9:30 a.m.

■[ For further details see text below.]  Notices mailed by Judicial staff.

02:10

## STATEMENT

Plaintiff's motion to compel is granted in part and denied in part as follows:

1. The motion is GRANTED as to Paragraphs 1-2, 4-5, and 7-8. As to each of the items covered by those paragraphs, as discussed in open court, by 02/22/11, defendants shall serve plaintiff's counsel with a written report stating the status of production, whether the production is complete; if not, what further search is being made and what further production is expected; and a proposed date for completion of production.

2. The motion is GRANTED as to Paragraph 3. As discussed in open court, by 02/28/11, defendants shall serve sworn interrogatory responses providing the information set forth in the Joint Statement (Pl.s Motion, Ex. 1, at 19).

3. The motion is DENIED as to Paragraph 6, based on defendants' representation that is does not collect the information in the form requested. As a condition of the denial, by 02/22/11, defendants shall confirm the correctness of this representation and, if confirmed, shall provide to plaintiff's counsel a sworn statement that defendants do not collect this information.

Defendants' motion to compel is granted in part and denied in part as follows:

1. The motion is granted as to Paragraph 4. By 02/28/11, plaintiff shall supplement its response to Interrogatory No. 6 as discussed in open court.

2. The motion is granted as to Paragraph 5. By 02/22/11, plaintiff shall supplement its response to Interrogatory No. 17 as discussed in open court.

## STATEMENT

3. The motion is denied as to Paragraphs 1-3.

| | Courtroom Deputy Initials: | JJ |
|---|---|---|