**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Trading Technologies International, Inc.
                                  Plaintiff,

v.                                                           Case No.: 1:05−cv−04120
                                                                      Honorable Sara L. Ellis

GL Trade SA, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 3, 2015:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 2/3/2015. Parties report that settlement is closed to being completed. Status hearing set for 3/31/2015 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.