**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Trading Technologies International, Inc.<br><br>Plaintiff,<br><br>v.<br><br>GL Trade SA (n/k/a SunGard Financial Systems,<br>(France) SAS), GL Trade Americas, Inc., SunGard Data Systems Inc., and SunGard Investment Ventures LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-cv-4120<br>)<br>)  Judge Sara L. Ellis<br>)<br>)  Magistrate Sidney I. Schenkier<br>)<br>)<br>)<br>)<br>)<br>) |

**FINAL JUDGMENT**

This Court having found summary judgment of non-infringement with respect to certain accused products in Docket No. 1377 ("Summary Judgment Ruling") and having entered the Order For Amendment of the Pleadings and Dismissal of Certain Claims and Counterclaims dated May 14, 2015 (Docket No. 1392), which removed from the above-captioned cases any claims of infringement based on products other than the products found not to infringe in the Summary Judgment Ruling and all counterclaims, pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters the following final judgment:

1. Plaintiff recovers nothing.

2. Defendants have not infringed, directly or indirectly, the patents-in-suit by making, using, selling, offering for sale or distributing or otherwise with respect to the only remaining accused products in the above-captioned case (which are the subject of

the Summary Judgment Ruling) for the reasons set forth in the Summary Judgment Ruling.

3. Each party shall bear its own attorneys' fees and costs.

**SO ORDERED:**

_____  May 14, 2015
Sara L. Ellis
United States District Judge