# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Trading Technologies International, Inc.

                      Plaintiff,

v.                                            Case No.: 1:05−cv−04120

                                                    Honorable Sara L. Ellis

GL Trade SA, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 4, 2015:

      MINUTE entry before the Honorable Sidney I. Schenkier: This case has been severed from 05 C 5164 (doc. #'s [1391]−[1392]), and final judgment has been entered (doc. #[1393]). We therefore terminate the referral in this case; the referral in 05 C 5164 remains open. Mailed notice.(jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.